Henley *et al.* *v.* McNoun *et al.* .

———— ◆—◆—◆ ————

No. 7959.

HENLEY ET AL. *v.* McNOUN ET AL.

From the Wabash Circuit Court.

*M. H. Kidd,* for appellants.
*J. D. Conner* and *J. D. Conner, Jr.,* for appellees.

WOODS, J.—The only error assigned upon this record is the overruling of the motion of the appellants for a new trial. The record does not show that the appellants excepted to the ruling. There is, therefore, no question before us. Buskirk's Practice, pp. 144, 289, and cases cited.

Judgment affirmed, with costs.